# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY ERVIN, | Case No. CV 16-3168 CJC (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CYNTHIA Y. TAMPKINS, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 8, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE